IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SIRILO ALVAREZ CAMACHO,** | : CASE NO. 1:15-CV-0606 |
| Petitioner | : |
| v. | : (Judge Rambo) |
| | : (Magistrate Judge Saporito) |
| **UNITED STATES OF AMERICA,** | : |
| Respondent | : |

# **O R D E R**

Before the court is an April 3, 2015, report of the magistrate judge (Doc. 5) to whom this matter was referred in which the magistrate judge recommends that the Petition for Writ of Habeas Corpus be transferred to the United States District Court for the Western District of Pennsylvania and that the disposition of Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 4) be left to the discretion of the transferee court. Objections to the report and recommendation were due April 20, 2015 and, to date, no objections have been filed.

**IT IS THEREFORE ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Saporito (Doc. 5).

2) The captioned case is transferred to the United States District Court for the Western District of Pennsylvania.

3) Petitioner's motion for leave to proceed *in forma pauperis* is left to the discretion of the transferee court.

4) The Clerk of Court shall close the file in this district.

                                            s/Sylvia H. Rambo
                                            United States District Judge

Dated: April 24, 2015.